1  **ROCKARD J. DELGADILLO**, City Attorney (SBN 125465x)
**MICHAEL CLAESSENS**, Senior Assistant City Attorney
2  **CORY M. BRENTE**, Assistant City Attorney
**CRAIG J. MILLER**, Deputy City Attorney (SBN 138302)
3  200 North Main Street
6th Floor, City Hall East
4  Los Angeles, CA 90012
Email: Craig.Miller@lacity.org, Phone No.: (213) 978-8722, Fax No.: (213) 978-8785
5
Attorneys for Defendants LOS ANGELES POLICE DEPARTMENT and LUIS TOPETE
6

7                      **UNITED STATES DISTRICT COURT**

8                      **CENTRAL DISTRICT OF CALIFORNIA**

9

10  BEDROS HAJIAN                          )  CASE NO.
                                           )
11          Plaintiff                      )  **CV09-00451 DDP** (RZx)
                                           )  (LASC Case No. BC 400594)
12      vs.                                )
                                           )
13  LOS ANGELES POLICE DEPARTMENT,         )  **NOTICE OF REMOVAL OF**
    LUIS TOPETE, an individual; and DOES 1 )  **ACTION UNDER 28 U.S.C. §§**
14  through 50, Inclusive                  )  **1441 (a) and 1446 (a)**
                                           )
15          Defendants.                    )
                                           )
16

17  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

18          PLEASE TAKE NOTICE Defendants LOS ANGELES POLICE DEPARTMENT

19  and LUIS TOPETE ("Defendants") hereby remove this action from the Superior Court for

20  the State of California, County of Los Angeles to the United States District Court for the

21  Central District of California. The removal is made pursuant to 28 U.S.C. § 1446(a), on

22  the facts set forth below:

23          1. The Los Angeles Police Department and Luis Topete are Defendants in a civil

24  action filed in the Superior Court of the State of California, County of Los Angeles

25  entitled *Bedros Hajian v. Los Angeles Police Department, et al.,* Superior Court Case No.

26  BC400594. Plaintiff filed his Complaint on October 24, 2008. A true and correct copy of

27  Plaintiff's Complaint is attached as Exhibit 1, including copies of the Summons, Civil

28  Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location, Notice

1   of Case Management Conference, and Proof of Service of Summons and Complaint for

2   Luis Topete.

3       2.  This action meets the original jurisdiction requirements of 28 USC § 1441(a)

4   and is removable by Defendants pursuant to 28 USC § 1446(a).  A case is removable

5   from state to federal court if the action could have been originally commenced in federal

6   court.  28 USC § 1441(a); *Grubbs v. General Electric Credit Corp.*, 405 US 699, 702

7   (1972).  The propriety of removal is determined at the time the petition for removal is

8   filed by reference to the plaintiff's complaint filed in state court.  *La Chemise Lacoste v.*

9   *Alligator Co.,* 506 F.2d 339, 343-344 (3d Cir. 1974).  When the complaint states a claim

10  invoking the original jurisdiction of the federal court, the action is removable.  *Id.*  Under

11  the Judicial Code, federal district courts have original jurisdiction over all actions brought

12  under 42 USC § 1983.  See, 28 USC § 1343(a)(3).  Moreover, the Code confers original

13  jurisdiction in the district courts over all actions involving federal questions.  See, 28

14  USC § 1331.

15      3.  The gravamen of this action are the federal civil rights claim set forth in the

16  first and second causes of action of Plaintiff's Complaint.  This claim confers original

17  jurisdiction to this Court.

18      4.  State claims are also asserted in the third through sixth causes of action of the

19  Complaint.  When an action originally filed in state court is removed to federal court, the

20  federal tribunal has jurisdiction to determine not only the federal claims but all pendent

21  state claims which derive "from a common nucleus of operative fact."  *United Mine*

22  *Workers v. Gibbs,* 383 U.S. 715, 725, 86 S. Ct. 1130, 16 L. Ed. 2d 218 (1966).

23      5.  To date, the Los Angeles Police Department and Luis Topete ("Defendants")

24  have been served with Plaintiff's Summons and Complaint.  Defendants were served on

25  December 22, 2008, and consent to this removal.  (See Declaration of Craig J. Miller)

26  Moreover, other than the persons identified in the caption as "DOES 1 through 50", there

27  are no other named defendants in this lawsuit.  (*Id.*)  Therefore, there is no other party

28  which Defendants need to obtain the consent of in order to remove this case.  (See

2

1  Declaration of Craig J. Miller)

2          A defendant filing a removal petition only has to get the consent of or seek the

3  joinder of "all then served defendants." *Getty Oil Corp. v. Ins. Co. of North America,*

4  841 F.2d 1254 (5th Cir. 1988); *Salveson v. Western States Bankcard Ass'n,* 731 F.2d

5  1423, 1429 (9th Cir. 1984) (holding that defendants not served at the time a first-served

6  defendant files its removal petition need not be joined in the notice of removal). Thus,

7  defendants who have not been served when the removal petition is filed need not join in

8  it. *Id.* (citing *Pullman Co. v. Jenkins,* 305 U.S. 534, 59 S. Ct. 347, 83 L. Ed. 334 (1939);

9  *Lewis v. Rego Co.,* 757 F.2d 66, 68-69 (3d Cir. 1985).)

10         6. This Notice of Removal is therefore filed with this Court within 30 days after

11  the Defendants were served with a copy of the Summons and Complaint on December 22,

12  2008. (See Declaration of Craig J. Miller)

13         7. The Notice of Removal is being filed simultaneously in this Court and in the

14  Superior Court of the State of California, County of Los Angeles.

15         WHEREFORE, the above-entitled action, now pending in the Superior Court of

16  the State of California, County of Los Angeles, is removed to the United States District

17  Court for the Central District of California.

18

19  DATED: January 20 , 2009 Respectfully submitted,

20                          **ROCKARD J. DELGADILLO**, City Attorney
                            **MICHAEL L. CLAESSENS**, Senior Asst. City Attorney
21                          **CORY M. BRENTE**, Assistant City Attorney
                            **CRAIG J. MIILER**, Deputy City Attorney
22

23

24  By _____
                            **CRAIG J. MILLER** Deputy City Attorney
25
                            Attorneys for Defendants LOS ANGELES POLICE
                            DEPARTMENT and LUIS TOPETE
26

27

28

                                    3

# DECLARATION

# OF

# CRAIG J. MILLER

## **DECLARATION OF CRAIG J. MILLER**

I, CRAIG J. MILLER, do hereby declare I have personal knowledge of the facts set forth herein and if called as a witness in this case, I could and would competently testify as follows:

1. I am a Deputy City Attorney for the City of Los Angeles. In that capacity, I have been assigned to assist in representing the Los Angeles Police Department and Luis Topete ("Defendants) in the case of *Bedros Hajian v. Los Angeles Police Department, et al.*, Los Angeles Superior Court Case No. BC 400594, now pending in the Los Angeles Superior Court.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Complaint, including copies of the Summons, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location, Notice of Case Management Conference, and Proof of Service of Summons and Complaint for Luis Topete.

3. Defendants have been served with Plaintiff's Summons and Complaint on December 22, 2008 and consent to this removal. Attached as Exhibits 2 and 3 are true and correct copies of the summons for Defendants, respectively.

4. Moreover, other than the persons identified in the caption as "DOES 1 through 50", there are no other named defendants in this lawsuit. Therefore, there is no other party which Defendants need to obtain the consent in order to remove this case.

5. This Notice of Removal is therefore filed with this Court within 30 days after the Defendants were served with a copy of the Summons and Complaint on

///
///
///
///
///
///

4

1   December 22, 2008.

2        This Notice of Removal is being filed simultaneously in this Court and in the

3   Los Angeles Superior Court.  I declare under penalty of perjury pursuant to the laws of

4   the United States of America the foregoing is true and correct.

5        Executed on January 20 , 2009, at Los Angeles, California.

6

7   _____

8        Craig J. Miller, Declarant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

# EXHIBIT 1

1  JILBERT TAHMAZIAN, ESQ. [SBN: 143574]
2  LAW OFFICES OF JILBERT TAHMAZIAN
   1508 West Glenoaks Boulevard
3  Glendale, California 91201

4  Telephone No. (818) 242-8201
   Facsimile No. (818) 242-8246

5  Attorney for Plaintiff,
   BEDROS HAJIAN

**FILED**
LOS ANGELES SUPERIOR COURT

OCT 24 2008

JOHN A. CLARKE, CLERK
BY MARY GARCIA, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| BEDROS HAJIAN, | CASE NO.:   BC400594 |
| Plaintiff, | PLAINTIFF'S COMPLAINT FOR: |
| v. | 1. VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983) |
| LOS ANGELES POLICE DEPARTMENT, LUIS TOPETE, an individual; and DOES 1 through 50, Inclusive. | 2. VIOLATION OF CIVIL RIGHTS - MONELL |
| | 3. FALSE IMPRISONMENT. |
| | 4. ASSAULT. |
| | 5. BATTERY. |
| Defendants. | 6. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. |

Plaintiff, BEDROS HAJIAN (hereinafter referred to as "Plaintiff"), hereby submits his first amended complaint against Defendants, LOS ANGELES POLICE DEPARTMENT and LUIS TOPETE (hereinafter collectively referred to as "Defendants"), as follows:

1.    Plaintiff, BEDROS HAJIAN, at all times herein mentioned is an individual residing in the County of Los Angeles, State of California.

2.    Plaintiff is and at all times relevant herein was informed and believes, and alleges, that Defendant, LOS ANGELES POLICE DEPARTMENT ("LAPD"), an entity in the State of California.

3.    Plaintiff is and at all times relevant herein was informed and believes, and thereon alleges, that Defendant, LUIS TOPETE ("Topete"), is an individual residing in the County of Los

1

**COMPLAINT**

EXHIBIT _____ PAGE _____ 6

1   Angeles, State of California. At all times mentioned herein, Defendant, Topete, was employed as

2   a Detective for LAPD and acting under color of law.

3       4.    Plaintiff is ignorant of the true names and capacities, whether individual, corporate,

4   associate, or otherwise, of defendants DOES 1 through 50, inclusive, and therefore sues these

5   defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that

6   each of the fictitiously named defendants was responsible in some manner, means or degree for the

7   occurrences and injuries sustained by Plaintiff, or in some fashion has legal responsibility therefor.

8   Plaintiff will seek to amend this complaint to allege the true names and capacities of said defendants

9   when the same have been ascertained.

10       7.    Plaintiff is informed and believes, and thereon alleges, that at all times mentioned

11   herein, Defendants were the agent, representative, employee and servant of each of their co-

12   defendants, and DOES 1 through 50, and in doing the things herein alleged, were acting within the

13   course and scope of such agency and employment.

14       8.    On or about October 23, 2007, the plaintiff was driving his vehicle and was present

15   in the area of Broadway and Adams in the City of Glendale.

16       9.    Defendants Topete and Does 1 to 50, were driving unmarked LAPD police cars, with

17   the lights identifying them as law-enforcement personnel.

18       10.    Defendants Topete and Does 1 to 50, stopped, detained and seized plaintiff from his

19   vehicle without any justification or probable cause. Defendant Topete then handcuffed and placed

20   plaintiff into the police car, so that the plaintiff would be prevented from leaving the scene and

21   accused him of committing a robbery.

22       11.    Said detention was in violation of plaintiff's right to be free of an unreasonable seizure

23   under the Fourth Amendment to the Constitution of the United States and to be free of a deprivation

24   of liberty under the Fourteenth Amendment to the Constitution of the United States.

25       12.    During the course of this detention, plaintiff asked defendant Topete, for the reason

26   for defendant's actions.

27       13.    In response, Defendant Topete intimidated plaintiff, in that, he accused plaintiff of

28   committing fraud and robbery.

EXHIBIT_____ PAGE_____

1 malicious, therefore, warranting the award of punitive damages against each individual defendant

2 in an amount adequate to punish the wrongdoers and deter future misconduct.

3        18.    As further damage, Plaintiff has and will incur attorney's fees and pursuant to 42

4 U.S.C. §1988, are entitled to recover costs and fees in pursuing rights for a violation of 42 U.S.C.

5 §1983.

6 **II.**

7 **SECOND CAUSE OF ACTION**

8 **FOR VIOLATION OF CIVIL RIGHTS 42 U.S.C. §1983 - MONELL**

9 (Against Defendant, LAPD, and DOES 1 through 50, Inclusive)

10        19.    Plaintiff alleges and incorporates herein by reference each and every allegation in

11 paragraphs 1 through 18, inclusive of the First Cause of Action, as set forth above.

12        20.    Defendant, LAPD, and DOES 1 through 50, Inclusive, knowingly and with gross

13 negligence, maintain and permit official policies and customs which allow the occurrence of the

14 types of wrongs set forth hereinabove, all in deliberate indifference to the Constitutional rights of

15 citizens.

16        21.    These policies and customs include, but are not limited to, the deliberately

17 indifferent training of its law enforcement officers related to the use of force and the contact with

18 public in general. The Defendant, LAPD's lack of training and deliberate indifference to

19 individual rights places individuals in dangerous situations and causes the use of excessive and

20 unnecessary force. Further, the LAPD's ratification of police misconduct, along with the failure

21 to conduct adequate investigations of misconduct leads to the violation of the Plaintiff's

22 Constitutional rights.

23        22.    In spite of Plaintiff filing a claim, the LAPD failed to investigate, or take any

24 action in preserving Plaintiff's rights, or verify misconduct and discipline the individual officers

25 for their misconduct. Plaintiff is informed and believes, and thereon alleges, that the customs

26 and policies were the moving force behind the violations of Plaintiff's rights. Based upon the

27 principles set forth in <u>Monell v. Dept. Of Social Services</u>, the LAPD is liable for all of the

28 injuries and damages sustained by Plaintiff as set forth herein, in an amount to be proven at the

4
COMPLAINT

EXHIBIT 1 PAGE 9

1  time of trial, but in no event, less than the jurisdictional limits of this Court.

2  **III.**

3  **THIRD CAUSE OF ACTION**

4  **FOR FALSE IMPRISONMENT**

5  (Against Defendants, Topete

6  and DOES 1 through 50, Inclusive)

7      23.    Plaintiff alleges and incorporates herein by reference each and every allegation in

8  paragraphs 1 through 22, inclusive of the First and Second Causes of Action, as set forth above.

9      24.    On or about October 23, 2007, Plaintiff is informed and believes, and thereon

10  alleges, that Plaintiff was unlawfully detained without any legal justification or any other legal

11  process and for all purposes incarcerated, against the will or consent of the Plaintiff. Defendants,

12  Topete and Does 1 through 50, and each of them, used excessive force to arrest, or otherwise

13  detain, the Plaintiff.

14      25.    Plaintiff did not commit any offense, and Defendants did not have any reasonable

15  or probable cause for believing that Plaintiff committed any offense.

16      26.    As a proximate and direct result of the acts alleged in this complaint, Plaintiff was

17  deprived of his freedom, and suffered mental and physical anguish, anxiety and embarrassment,

18  all to his detriment, in an amount to be determined at trial, but in no event, less than the

19  minimum jurisdictional limits of this Court.

20  **IV.**

21  **FOURTH CAUSE OF ACTION**

22  **FOR ASSAULT**

23  (Against Defendants, Topete and DOES 1 through 50, Inclusive)

24      27.    Plaintiff alleges and incorporates herein by reference each and every allegation in

25  paragraphs 1 through 26, inclusive of the First, Second, and Third Causes of Action, as set forth

26  above.

27      28.    At all times mentioned herein, Defendants, Topete  and DOES 1 through 50,

28  inclusive, intentionally, willfully, wantonly and maliciously threatened to punch, grab, push, hold,

EXHIBIT_____ PAGE _____

strike, kick, and tackle the Plaintiff in a violent fashion, with the intent of actually punching, grabbing, pushing, holding, striking, kicking, and tackling the Plaintiff, and did so in such a manner so as to cause Plaintiff to reasonably believe he was about to be struck in a harmful and offensive manner.

29.    At no time during the events described in the preceding paragraphs, nor at any time prior thereto, did Plaintiff consent to any of Defendants', and DOES 1 through 50, threatened, egregious, and violent conduct.

30.    As a direct and proximate result of Defendants' Topete and DOES 1 through 50, threats as aforesaid, coupled with their ability to carry them out, Plaintiff felt the imminent apprehension of such contact, and he therefore suffered severe injuries to his person, in an amount to be shown according to proof.

31.    As a direct, legal and proximate result of the actions of the Defendants Topete and DOES 1 through 50, Plaintiff sustained serious and permanent injuries to his person, all to his damages in an amount to be proven at trial, but in no event, less than the jurisdictional limits of this Court.

32.    As a direct, legal and proximate result of the aforesaid acts of the Defendants Topete and DOES 1 through 50, Plaintiff was compelled to and did employ the services of hospitals, physicians, and the like to care for and treat him, and did incur hospital, medical, professional and incidental expenses, and Plaintiff is informed and believes, and upon such information and belief alleges, that he will necessarily by reason of his injuries, incur additional like expenses for an indefinite period of time in the future, all to Plaintiff's damage in a sum to be proven at the time of trial, but in no event, less than the jurisdictional limits of this Court.

## V.

## FIFTH CAUSE OF ACTION

## FOR BATTERY

(Against Defendants Topete and DOES 1 through 50, Inclusive)

33.    Plaintiff alleges and incorporates herein by reference each and every allegation in paragraphs 1 through 32, inclusive of the First, Second, Third, and Fourth Causes of Action, as set

EXHIBIT _/_ PAGE _11_

1  forth above.

2      34.    On or about October 23, 2007, Defendants, Topete and DOES 1 through 50,

3  intentionally and recklessly did acts which resulted in offensive contact with the Plaintiff's person,

4  including but not limited to, handcuffing, pushing, holding, touching, and tackling the Plaintiff,

5  causing him to sustain substantial injuries.

6      35.    Defendants, Topete and DOES 1 through 50, did the aforementioned acts with the

7  intent to cause a harmful or offensive contact the body of Plaintiff. At all times mentioned herein,

8  Plaintiff did not consent to the acts of the Defendants, Topete and DOES 1 through 50.

9      36.    As a direct, legal and proximate result of the actions of the Defendants, Topete and

10  DOES 1 through 50, Plaintiff sustained serious and permanent injuries to his person, all to his

11  damages in an amount to be proven at the time of trial, but in no event, less than the jurisdictional

12  limits of this Court.

13      37.    As a direct, legal and proximate result of the aforesaid acts of the Defendants, Topete

14  and DOES 1 through 50, Plaintiff was compelled to and did employ the services of hospitals,

15  physicians, and the like to care for and treat him, and did incur hospital, medical, professional and

16  incidental expenses, and Plaintiff is informed and believes, and upon such information and belief

17  alleges, that he will necessarily by reason of his injuries, incur additional like expenses for an

18  indefinite period of time in the future, all to Plaintiff's damage in a sum to be proven at the time of

19  trial, but in no event, less than the jurisdictional limits of this Court.

20                              **VI.**

21                     **SIXTH CAUSE OF ACTION**

22          **FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

23              (Against Defendants, Topete and DOES 1 through 50, Inclusive)

24      38.    Plaintiff alleges and incorporates herein by reference each and every allegation in

25  paragraphs 1 through 37, inclusive of the First, Second, Third, Fourth, and Fifth Causes of

26  Action, as set forth above.

27      39.    Plaintiff is informed and believes, and thereon alleges, that the actions of the

28  Defendants, Topete and each of them, and DOES 1 through 50, were intentional, extreme, and

7
**COMPLAINT**

EXHIBIT ___ PAGE _12_

1    outrageous. Plaintiff is further informed and believes, and thereon alleges, that such actions were

2    done with the intent to cause serious emotional distress or with reckless disregard of the

3    probability of causing Plaintiff serious emotional distress and extreme fright.

4          40.     Plaintiff is informed and believes, and thereon alleges, that the actions of the

5    Defendants, Topete and each of them, and DOES 1 through 50, as described above, were done

6    with the intent to inflict injury upon Plaintiff, or with the realization that the injury was

7    substantially certain to result from their conduct. Plaintiff is further informed and believes, and

8    thereon alleges, that the Defendants' conduct was directed solely at the Plaintiff.

9          41.     As a direct, legal and proximate result of the actions of the Defendants, Topete

10    and each of them, and DOES 1 through 50, Plaintiff suffered severe emotional distress by the

11    Defendants' outrageous conduct which has actually caused Plaintiff to sustain severe, serious and

12    permanent injuries to his person, all to his damages, in an amount to be proven at the time of

13    trial, but in no event, less than the jurisdictional limits of this Court.

14          42.     Plaintiff is informed and believes that the aforesaid acts directed towards the

15    Plaintiff was carried out maliciously, and the acts were done with a conscious disregard of

16    Plaintiff's right to be free from such tortious behavior, such as to constitute oppression, fraud or

17    malice pursuant to California Civil Code, Section 3294, entitling Plaintiff to punitive damages in

18    an amount appropriate to punish and set an example of said Defendants, Topete and DOES 1

19    through 50, inclusive.

20          WHEREFORE, Plaintiff prays for judgment against the Defendants, as follows:

21    **AS TO THE FIRST CAUSE OF ACTION:**

22          1.     For general damages in an amount according to proof at the time of trial, but in no

23    event, less than the minimum jurisdictional limits of this Court;

24          2.     For special damages for services of hospitals, physicians, surgeons, nurses, and

25    other medical supplies and services, according to proof at trial;

26          3.     For punitive damages in an amount according to proof at the time of trial, but in

27    no event, less than the minimum jurisdictional limits of this Court;

28          4.     For reasonable attorney's fees;

1   5.   For cost of suit herein; and

2   6.   For such other and further relief as the court may deem just and proper.

3   **AS TO THE SECOND CAUSE OF ACTION:**

4   1.   For general damages in an amount according to proof at the time of trial, but in no

5   event, less than the minimum jurisdictional limits of this Court;

6   2.   For special damages for services of hospitals, physicians, surgeons, nurses, and

7   other medical supplies and services, according to proof at trial;

8   3.   For reasonable attorney's fees;

9   4.   For cost of suit herein; and

10   5.   For such other and further relief as the court may deem just and proper.

11   **AS TO THE THIRD, FOURTH and FIFTH CAUSES OF ACTION:**

12   1.   For general damages in an amount according to proof at the time of trial, but in no

13   event, less than the minimum jurisdictional limits of this Court;

14   2.   For special damages for services of hospitals, physicians, surgeons, nurses, and other

15   medical supplies and services, according to proof at trial;

16   3.   For punitive damages in an amount according to proof at the time of trial, but in no

17   event, less than the minimum jurisdictional limits of this Court;

18   4.   For cost of suit herein; and

19   5.   For such other and further relief as the court may deem just and proper.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

9

**COMPLAINT**

EXHIBIT____1____ PAGE ___14___

**AS TO THE SIXTH CAUSE OF ACTION:**

1. For general and special damages in an amount to be proven at the time of trial, but in no event, less than the minimum jurisdictional limits of this Court;

2. For punitive damages in an amount according to proof at the time of trial, but in no event, less than the minimum jurisdictional limits of this Court;

3. For cost of suit herein; and

4. For such other and further relief as the court may deem just and proper.

Dated: October 22, 2008                         LAW OFFICES OF JILBERT TAHMAZIAN

By: _____
     Jilbert Tahmazian, Esq.
     Attorney for Plaintiff,
     BEDROS HAJIAN

10
**COMPLAINT**

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LOS ANGELES POLICE DEPARTMENT, LUIS TOPETE, an
individual; and DOES 1 through 50, Inclusive,



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**

LOS ANGELES SUPERIOR COURT

OCT 24 2008

JOHN A. CLARKE, CLERK

BY MARY GARCIA, DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BEDROS HAJIAN

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Los Angeles Superior Court<br>111 N. Hill Street<br><br>Los Angeles, CA 90012<br>Central District | CASE NUMBER:<br>*(Número del Caso):*<br>BC400594 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JILBERT TAHMAZIAN, ESQ. SBN: 143574          818-242-8201     818-242-8246
LAW OFFICES OF JILBERT TAHMAZIAN
1518 W. GLENOAKS BL.
GLENDALE, CALIFORNIA 91201

DATE: OCT 24 2008                **JOHN A. CLARKE, CLERK**                          , Deputy
*(Fecha)*                          *(Secretario)*          GARCIA          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure §§ 412.20, 465 |



CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Jilbert Tahmazian
JILBERT TAHMAZIAN, ESQ. SBN: 143574
LAW OFFICES OF JILBERT TAHMAZIAN
1518 WEST GLENOAKS BOULEVARD
GLENDALE, CALIFORNIA 91201
TELEPHONE NO.: 818-242-8201    FAX NO.: 818-242-8246
ATTORNEY FOR (Name): Plaintiff

FOR COURT USE ONLY
**FILED**
LOS ANGELES SUPERIOR COURT
OCT. 24 2008
JOHN A. CLARKE, CLERK
BY MARY GARCIA, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

CASE NAME: Hajian v. LAPD

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| X Unlimited    Limited | Counter    Joinder | BC400594 |
| (Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: <br> DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- Auto (22)
- Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- Asbestos (04)
- Product liability (24)
- Medical malpractice (45)
- Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- Business tort/unfair business practice (07)
- X Civil rights (08)
- Defamation (13)
- Fraud (16)
- Intellectual property (19)
- Professional negligence (25)
- Other non-PI/PD/WD tort (35)

**Employment**
- Wrongful termination (36)
- Other employment (15)

**Contract**
- Breach of contract/warranty (06)
- Rule 3.740 collections (09)
- Other collections (09)
- Insurance coverage (18)
- Other contract (37)

**Real Property**
- Eminent domain/Inverse condemnation (14)
- Wrongful eviction (33)
- Other real property (26)

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38)

**Judicial Review**
- Asset forfeiture (05)
- Petition re: arbitration award (11)
- Writ of mandate (02)
- Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- Antitrust/Trade regulation (03)
- Construction defect (10)
- Mass tort (40)
- Securities litigation (28)
- Environmental/Toxic tort (30)
- Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- RICO (27)
- Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- Partnership and corporate governance (21)
- Other petition (not specified above) (43)

2. This case ☐ is   X is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. X monetary b. ☐ nonmonetary; declaratory or injunctive relief c. X punitive

4. Number of causes of action (specify): 6

5. This case ☐ is   X is not   a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 10/22/2008

Jilbert Tahmazian
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

EXHIBIT _____ PAGE 17

| SHORT TITLE: Hajian v. LAPD | CASE NUMBER |
|---|---|
| | BC400594 |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL?   X  YES  CLASS ACTION?   YES  LIMITED CASE?   YES  TIME ESTIMATED FOR TRIAL 7   HOURS/ X  DAYS

Item II. Select the correct district and courthouse location (4 steps -- If you checked "Limited Case", skip to Item III. Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

| Applicable Reasons for Choosing Courthouse Location (See Column C below) |
|---|

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|---|
| Auto Tort | Auto (22) | A7100 | Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | A7110 | Personal Injury/Property Damage/Wrongful Death -- Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/Property Damage/Wrongful Death Tort | Asbestos (04) | A6070 | Asbestos Property Damage | 2. |
| | | A7221 | Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | A7260 | Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | A7210 | Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | A7240 | Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | A7250 | Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | A7230 | Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | A7270 | Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | A7220 | Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | A6029 | Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | X  A6005 | Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | A6010 | Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | A6013 | Fraud (no contract) | 1., 2., 3. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 1 of 4
LA-481

EXHIBIT   PAGE 18

SHORT TITLE: Hajian v. LAPD

CASE NUMBER

| A<br>Civil Case Cover<br>Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>- See Step 3 Above |
|---|---|---|
| Professional<br>Negligence<br>(25) | A6017  Legal Malpractice | 1., 2., 3. |
| | A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| Wrongful Termination<br>(36) | A6037  Wrongful Termination | 1., 2., 3. |
| Other Employment<br>(15) | A6024  Other Employment Complaint Case | 1., 2., 3. |
| | A6109  Labor Commissioner Appeals | 10. |
| Breach of Contract/<br>Warranty<br>(06)<br>(not insurance) | A6004  Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful<br>eviction) | 2., 5. |
| | A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| Collections<br>(09) | A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | A6012  Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage<br>(18) | A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract<br>(37) | A6009  Contractual Fraud | 1., 2., 3., 5. |
| | A6031  Tortious Interference | 1., 2., 3., 5. |
| | A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| Eminent<br>Domain/Inverse<br>Condemnation (14) | A7300  Eminent Domain/Condemnation   Number of parcels _____ | 2. |
| Wrongful Eviction<br>(33) | A6023  Wrongful Eviction Case | 2., 6. |
| Other Real Property<br>(26) | A6018  Mortgage Foreclosure | 2., 6. |
| | A6032  Quiet Title | 2., 6. |
| | A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| Unlawful Detainer -<br>Commercial (31) | A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer -<br>Residential (32) | A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer -<br>Drugs (38) | A6022  Unlawful Detainer-Drugs | 2., 6. |
| Asset Forfeiture (05) | A6108  Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration (11) | A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

Left margin labels (top to bottom): Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.) · Employment · Contract · Real Property · Unlawful Detainer · Judicial Review

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 2 of 4

EXHIBIT _____  PAGE 19

SHORT TITLE:  Hajian v. LAPD

CASE NUMBER

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|
| **Judicial Review (Cont'd.)** | | |
| Writ of Mandate<br>(02) | A6151   Writ - Administrative Mandamus | 2., 8. |
| | A6152   Writ - Mandamus on Limited Court Case Matter | 2. |
| | A6153   Writ - Other Limited Court Case Review | 2. |
| Other Judicial Review<br>(39) | A6150   Other Writ / Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | | |
| Antitrust/Trade<br>Regulation (03) | A6003   Antitrust/Trade Regulation | 1., 2., 8. |
| Construction Defect (10) | A6007   Construction defect | 1., 2., 3. |
| Claims Involving Mass<br>Tort (40) | A6006   Claims Involving Mass Tort | 1., 2., 8. |
| Securities Litigation (28) | A6035   Securities Litigation Case | 1., 2., 8. |
| Toxic Tort<br>Environmental (30) | A6036   Toxic Tort/Environmental | 1., 2., 3., 8. |
| Insurance Coverage<br>Claims from Complex<br>Case (41) | A6014   Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | | |
| Enforcement<br>of Judgment<br>(20) | A6141   Sister State Judgment | 2., 9. |
| | A6160   Abstract of Judgment | 2., 6. |
| | A6107   Confession of Judgment (non-domestic relations) | 2., 9. |
| | A6140   Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | A6114   Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | A6112   Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | | |
| RICO (27) | A6033   Racketeering (RICO) Case | 1., 2., 8. |
| Other Complaints<br>(Not Specified Above)<br>(42) | A6030   Declaratory Relief Only | 1., 2., 8. |
| | A6040   Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | A6011   Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | A6000   Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | | |
| Partnership Corporation<br>Governance (21) | A6113   Partnership and Corporate Governance Case | 2., 8. |
| Other Petitions<br>(Not Specified Above)<br>(43) | A6121   Civil Harassment | 2., 3., 9. |
| | A6123   Workplace Harassment | 2., 3., 9. |
| | A6124   Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | A6190   Election Contest | 2. |
| | A6110   Petition for Change of Name | 2., 7. |
| | A6170   Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | A6100   Other Civil Petition | 2., 9. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 3 of 4

EXHIBIT _____ PAGE _____ 

| SHORT TITLE: Hajian v. LAPD | CASE NUMBER |
| --- | --- |

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS: |
| --- | --- |
| 1. ☒2.    3.    4.    5.    6.    7.    8.    9.    10. | Broadway/Adams |

| CITY:<br>Glendale | STATE:<br>CA | ZIP CODE:<br>91205 | |
| --- | --- | --- | --- |

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>Los Angeles</u> <u>Superior Court</u>    courthouse in the        <u>Central</u>        District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: <u>10/22/2008</u>

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)
Jilbert Tahmazian

---

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev 01/07), LASC Approved 03-04.

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 4 of 4

EXHIBIT ___/___ PAGE ___21___

NOTICE SENT TO:

Tahmazian, Jilbert, Esq.
1508 West Glenoaks Blvd.
Glendale          CA   91201

**● FILED**
LOS ANGELES SUPERIOR COURT

FILE STAMP OCT 3 0 2008

JOHN A. CLARKE, CLERK

BY SHARI SATO, DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | CASE NUMBER |
|---|---|
| BEDROS HAJIAN | BC400594 |
| Plaintiff(s), VS. | |
| LOS ANGELES POLICE DEPARTMENT ET AL Defendant(s). | **NOTICE OF CASE MANAGEMENT CONFERENCE** |

### TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/ attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled for _April 2, 2009_ at _8:30 am_ in _Dept. 48_ at 111 N. Hill Street, Los Angeles, California 90012.

Pursuant to California Rules of Court, 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least **15 calendar days** prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order dismissing fictitious/unnamed defendants; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (GC 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions pursuant to LASC Local Rule 7.13, CCP Sections 177.5, 575.2, 583.150, 583.360 and 583.410, GC Section 68608 (b), and California Rules of Court 2.2 et seq.

Date: _October 30, 2008_

Elizabeth Allen White
_____
Judicial Officer

### CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named above:

[ ✓ ] by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed herein in a separate sealed envelope to each address as shown above with postage thereon fully prepaid.

[ ] by personally giving the party notice upon filing the complaint.

Date: _October 30, 2008_

John A. Clarke, Executive Officer/Clerk

by _____, Deputy Clerk

Cal. Rules of Court, rule 3.720-3.730

EXHIBIT ___ PAGE ___

| *Attorney or Party without Attorney:*<br>Law Offices Of: JILBERT TAHMAZIAN, Bar #143574<br>1518 W. GLENOAKS BOULEVARD<br>GLENDALE, CA 91201<br>*Telephone No:* 818-242-8201     *FAX No:* 818-242-8246 | | **FILED** *For Court Use Only*<br>**LOS ANGELES SUPERIOR COURT**<br><br>DEC 3 0 2008<br><br>JOHN A. CLARKE, CLERK<br>BY RAUL SANCHEZ, DEPUTY |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>LOS ANGELES SUPERIOR COURT CENTRAL DISTRICT | | |
| *Plaintiff:* HAJIAN | | |
| *Defendant:* LOS ANGELES POLICE DEPARTMENT | | |

| **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAIN** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>BC400594 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS AND COMPLAINT

*3.  a. Party served:*                                              LUIS TOPETE

*4.  Address where the party was served:*              200 N. MAIN STREET, RM. 302<br>LOS ANGELES, CA  90012

*5.  I served the party:*
    **b. by substituted service.** On: Mon., Dec. 22, 2008 at: 11:40AM by leaving the copies with or in the presence of:
                DET. TAPIA, AUTHORIZED PERSON TO ACCEPT SERVICE OF
                PROCESS, Hispanic, Male, 46 Years Old, Black Hair, Brown Eyes, 5 Feet 11
                Inches, 165 Pounds
    (1) **(Business)** Authorized to Accept the Service of Process. I informed him or her of the general nature of the papers.
    (4) A declaration of mailing is attached.
    (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

*6.  The "Notice to the Person Served" (on the Summons) was completed as follows:*
    a. as an individual defendant

*7.  Person Who Served Papers:*
    a. L. METOYER

    www.kernlegal.com<br>    **KERN** LEGAL SERVICES<br>    1614 W. Temple Street, Los Angeles CA 90026<br>    (213) 483-4900 • Fax (213) 483-7777<br>    *Professional Legal Services and Photocopying at an affordable price!*

                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d.  *The Fee for Service was:*     $78.50

    e.  I am: (3)  registered California process server
        *(i)*  Owner
        *(ii)  Registration No.:*     4378
        *(iii)  County:*                    LOS ANGELES
        *(iv)  Expiration Date:*        Sat, May. 08, 2010

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Dec. 23, 2008

**Judicial Council Form POS-010**<br>**Rule 2.150.(a)&(b) Rev January 1, 2007**

**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**

(L. METOYER)     155837122.1555.88278

EXHIBIT 1  PAGE 23

| Attorney or Party without Attorney:<br>Law Offices Of: JILBERT TAHMAZIAN, Bar #143574<br>1518 W. GLENOAKS BOULEVARD<br>GLENDALE, CA 91201 | | | **FILED**<br>**LOS ANGELES SUPERIOR COURT**<br><br>**DEC 3 0 2008** |
|---|---|---|---|
| *Telephone No:* 818-242-8201   *FAX: No:* 818-242-8246 | *Ref. No or File No.:* | | **JOHN A. CLARKE, CLERK**<br>BY RAUL SANCHEZ, DEPUTY |
| *Insert name of Court, and Judicial District and Branch Court:*<br>LOS ANGELES SUPERIOR COURT CENTRAL DISTRICT | | | |
| *Plaintiff:* HAJIAN | | | |
| *Defendant:* LOS ANGELES POLICE DEPARTMENT | | | |

| **DUE DILIGENCE**<br>SUMMONS AND COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:*<br>48 | *Case Number:*<br>BC400594 |
|---|---|---|---|---|

1. I, L. METOYER, and any employee or independent contractors retained by KERN LEGAL SERVICES, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LUIS TOPETE as follows:

2. *Documents:*   SUMMONS AND COMPLAINT.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 12/17/08 | 10:55am | Business | UNABLE TO GAIN ACCESS, MAIN DOOR LOCKED. Attempt made by: L. METOYER. Attempt at: 150 N. LOS ANGELES STREET #140  LOS ANGELES CA 90012. |
| Thu | 12/18/08 | 3:40pm | Business | GIVEN ADDRESS IS TO THE CHILD PROTECTION SECTION FOR ABUSED CHILDREN. PER OFFICER, THEY CANNOT ACCEPT SERVICE OF PROCESS AT GIVEN ADDRESS. UNABLE TO SERVE. Attempt made by: L. METOYER. Attempt at: 150 N. LOS ANGELES STREET #140  LOS ANGELES CA 90012. |
| Thu | 12/18/08 | 4:15pm | Business | LOCATED DET. TOPETE'S DIVISON (COMMERCIAL CRIME DIVISON). PER RECEPTIONIST, SUBJECT IS NOT IN "ALREADY GONE FOR TODAY". Attempt made by: L. METOYER. Attempt at: 200 N. MAIN STREET, RM. 302 LOS ANGELES CA 90012. |
| Fri | 12/19/08 | 9:35am | Business | PER RECEPTIONIST, SUBJECT IS "IN THE FIELD". Attempt made by: L. METOYER. Attempt at: 200 N. MAIN STREET, RM. 302  LOS ANGELES CA 90012. |
| Fri | 12/19/08 | 4:50pm | Business | PER RECEPTIONIST, SUBJECT "JUST LEFT 10 MINUTES AGO". Attempt made by: L. METOYER. Attempt at: 200 N. MAIN STREET, RM. 302  LOS ANGELES CA 90012. |

3. *Person Executing*
   a. L. METOYER
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA  90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   *d. The Fee for service was:* $78.50
   *e. I am:*  (3)  registered California process server
      (i,   Employee
      (ii)  *Registration No.:*       4378
      (iii) *County:*                 LOS ANGELES
      (iv)  *Expiration Date:*        Sat, May. 08, 2010

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Date:* Tue, Dec. 23, 2008          **DUE DILIGENCE**          (L. METOYER)  155837122.1555.88278

EXHIBIT ___1___  PAGE 24

**FILED**

| Attorney or Party without Attorney: | | | | **LOS ANGELES SUPERIOR COURT** |
|---|---|---|---|---|
| Law Offices Of: JILBERT TAHMAZIAN, Bar #143574 | | | | |
| 1518 W. GLENOAKS BOULEVARD | | | | |
| GLENDALE, CA 91201 | | | | DEC 3 0 2008 |
| Telephone No: 818-242-8201      FAX No: 818-242-8246 | | | | |
| | | Ref. No or File No.: | | JOHN A. CLARKE, CLERK |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | BY RAUL SANCHEZ, DEPUTY |
| LOS ANGELES SUPERIOR COURT CENTRAL DISTRICT | | | | |
| Plaintiff: HAJIAN | | | | |
| Defendant: LOS ANGELES POLICE DEPARTMENT | | | | |

| **PROOF OF SERVICE** **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: BC400594 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS AND COMPLAINT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:              Tue., Dec. 23, 2008
    b. Place of Mailing:           LOS ANGELES, CA 90026
    c. Addressed as follows:       LUIS TOPETE
                                 200 N. MAIN STREET, RM. 302
                                 LOS ANGELES, CA 90012

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Dec. 23, 2008 in the ordinary course of business.

5. *Person Serving:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. CHRISTINA PATINI                    d.  *The Fee for Service was:*    $78.50
    b. KERN LEGAL SERVICES, INC.         e.  I am: Not a process server
       1614 WEST TEMPLE STREET
       LOS ANGELES, CA 90026
    c. (213) 483-4900, FAX (213) 483-7777

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue., Dec. 23, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(CHRISTINA PATINI)
155837122.1555.88278

EXHIBIT ____ PAGE 25

SUM-100

# SUMMONS
## *(CITACIÓN JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LOS ANGELES POLICE DEPARTMENT, LUIS TOPETE, an
individual; and DOES 1 through 50, Inclusive,

CITY ATT...

RECEIVED
DEC 2 3 2008
REFERRED TO CITY ATTORNEY
FOR DISPOSITION

POLICE DIVISION
DEC 23 2008
N.V. @ 7:30 am

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

OCT 2 4 2008

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BEDROS HAJIAN

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> Los Angeles Superior Court <br> 111 N. Hill Street <br> <br> Los Angeles, CA 90012 <br> Central District | **CASE NUMBER:** *(Número del Caso):* <br> BC400594 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JILBERT TAHMAZIAN, ESQ. SBN: 143574      818-242-8201      818-242-8246
LAW OFFICES OF JILBERT TAHMAZIAN
1518 W. GLENOAKS BL.
GLENDALE, CALIFORNIA

DATE:                JOHN A. CLARKE, CLERK, by            M. GARCIA            , Deputy
*(Fecha)* 2 4 2008                      *(Secretario)*                                      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]

RECEIVED
DEC 23 2008
CITY ATTORNEY
LOS ANGELES

1. [ ] as an individual defendant
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [X] on behalf of *(specify):* Los Angeles Police Department

   under: [ ] CCP 416.10 (corporation)            [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [X] other *(specify):* CCP416.50 PUBLIC ENTITY
4. [ ] by personal delivery on *(date):* 12/22/08

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

EXHIBIT _____ PAGE _____

# EXHIBIT 3

# SUMMONS
## (CITAC.   JUDICIAL)

SUM-100

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LOS ANGELES POLICE DEPARTMENT, LUIS TOPETE, an
individual; and DOES 1 through 50, Inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BEDROS HAJIAN

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

OCT 2 4 2008

John A. Clarke Executive Officer/Clerk

BY MARY GARCIA, Deputy

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.   There may be a court form that you can use for  your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.   If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp),.or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* | BC400594 |
|---|---|---|

Los Angeles Superior Court
111 N. Hill Street

Los Angeles, CA 90012
Central District

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JILBERT TAHMAZIAN, ESQ. SBN: 143574          818-242-8201          818-242-8246
LAW OFFICES OF JILBERT TAHMAZIAN
1518 W. GLENOAKS BL.
GLENDALE, CALIFORNIA 91201

| DATE: *(Fecha)* OCT 2 4 2008 | JOHN A. CLARKE, CLERK, by (Secretario) | M. GARCIA | , Deputy *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)          ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

EXHIBIT ____ PAGE ____

1

2

**PROOF OF SERVICE BY MAIL**
**(Business Practice to Entrust Deposit to Others)**
**(C.C.P. Section 1013a(3))**

3   I, RUTH PARKHURST, declare as follows:

4   I am over the age of 18 years, and not a party to this action.  My business address

5   is 200 North Main Street, 6th Floor, City Hall East, Los Angeles, California, which is

6   located in the county where the mailing described below took place.

7   I am readily familiar with the business practice at my place of business for

8   collection and processing or correspondence for mailing with the United States Postal

9   Service.  Correspondence so collected and processed is deposited with the United States

10   Postal Service that same day in the ordinary course of business.

11   On January $\underline{21}$ , 2009 at my place of business at 200 North Main Street, 6th

12   Floor, City Hall East, Los Angeles, California, a copy of the attached: **NOTICE OF**

13   **REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a)** was placed for

14   deposit in the United States Postal Service in a sealed envelope, with postage fully

15   prepaid, addressed to:       **COUNSEL FOR PLAINTIFF BEDROS HAJIAN**:

16   Jilbert Tahmazian, Esq.
     LAW OFFICES OF JILBERT T. TAHMAZIAN
17   1508 West Glenoaks Boulevard
     Glendale, CA 91201
18   Tel: (818) 242-8201
     Fax: (818) 242-8246
19
     and that envelope was placed for collection and mailing on that date following ordinary
20
     business practices.
21
     **X (Federal)** I declare that I am employed in the office of a member of the bar of
22
     this court at whose direction the service was made.
23
     ___ (State) I declare under penalty of perjury under the laws of the State of
24
     California that the foregoing is true and correct.
25
     Executed on January $\underline{21}$ , 2009 at Los Angeles, California.
26

27

28
     RUTH PARKHURST

FORM CV-18

NOTICE OF ASSIGNMENT TO U. S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV09- 451 DDP (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [ ] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [ ] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CIVIL COVER SHEET

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself   )
BEDROS HAJIAN, Plaintiff

**DEFENDANTS**
LOS ANGELES POLICE DEPARTMENT, LUIS TOPETE, an
individual; and DOES 1 through 50, Inclusive,

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Los Angeles

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Jilbert Tahmazian, Esq.
LAW OFFICES OF JILBERT TAHMAZIAN
1508 West Glenoaks Boulevard
Glendale, California 91201
Phone:  (818) 242-8201
Facsimile:  (818) 242-8246

Attorneys (If Known)
ROCKARD J. DELGADILLO, CITY ATTORNEY
Michael Claessens, Sr. Assistant City Attorney
Cory M. Brente, Assistant City Attorney
Craig Miller, Deputy City Attorney
200 N. Main St., 6th Fl., City Hall East
Los Angeles,CA 90012 (213) 978-8722 (213) 978-8785 (Fax)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

| | |
|---|---|
| 1 U.S. Government Plaintiff | **X** 3 Federal Question (U.S. Government Not a Party) |
| 2 U.S. Government Defendant | 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | **X** 1 | **X** 1 | Incorporated or Principal Place of Business in this State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. ORIGIN** (Place an X in one box only.)

1 Original Proceeding    **X** 2 Removed from State Court    3 Remanded from Appellate Court    4 Reinstated or Reopened    5 Transferred from another district (specify):    6 Multi-District Litigation    7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND: X** Yes  No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** Yes  **X** No    **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §§ 1441(a) and 1446(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| 400 State Reapportionment | 110 Insurance | 310 Airplane | 370 Other Fraud | 510 Motions to Vacate Sentence Habeas Corpus | 710 Fair Labor Standards Act |
| 410 Antitrust | 120 Marine | 315 Airplane Product Liability | 371 Truth in Lending | | 720 Labor/Mgmt. Relations |
| 430 Banks and Banking | 130 Miller Act | 320 Assault, Libel & Slander | 380 Other Personal Property Damage | 530 General | 730 Labor/Mgmt. Reporting & Disclosure Act |
| 450 Commerce/ICC Rates/etc. | 140 Negotiable Instrument | 330 Fed. Employers' Liability | 385 Property Damage Product Liability | 535 Death Penalty | 740 Railway Labor Act |
| 460 Deportation | 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | BANKRUPTCY | 540 Mandamus/ Other | 790 Other Labor Litig. |
| 470 Racketeer Influenced and Corrupt Organizations | 151 Medicare Act | 345 Marine Product Liability | 422 Appeal 28 USC 158 | 550 Civil Rights | 791 Empl. Ret. Inc. Security Act |
| 480 Consumer Credit | 152 Recovery of Defaulted Student Loan (Excl. Veterans) | 350 Motor Vehicle | 423 Withdrawal 28 USC 157 | 555 Prison Condition | PROPERTY RIGHTS |
| 490 Cable/Sat TV | 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | 820 Copyrights |
| 810 Selective Service | 160 Stockholders' Suits | 360 Other Personal Injury | 441 Voting | 610 Agriculture | 830 Patent |
| 850 Securities/Commodities/ Exchange | 190 Other Contract | 362 Personal Injury- Med Malpractice | 442 Employment | 620 Other Food & Drug | 840 Trademark |
| 875 Customer Challenge 12 USC 3410 | 195 Contract Product Liability | 365 Personal Injury- Product Liability | 443 Housing/Acco- mmodations | 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| 890 Other Statutory Actions | 196 Franchise | 368 Asbestos Personal Injury Product Liability | 444 Welfare | | 861 HIA (1395ff) |
| 891 Agricultural Act | REAL PROPERTY | | 445 American with Disabilities - Employment | 630 Liquor Laws | 862 Black Lung (923) |
| 892 Economic Stabilization Act | 210 Land Condemnation | | 446 American with Disabilities - Other | 640 R.R. & Truck | 863 DIWC/DIWW (405(g)) |
| 893 Environmental Matters | 220 Foreclosure | | | 650 Airline Regs | 864 SSID Title XVI |
| 894 Energy Allocation Act | 230 Rent Lease & Ejectment | | **X** 440 Other Civil Rights | 660 Occupational Safety/Health | 865 RSI (405(g)) |
| 895 Freedom of Info. Act | 240 Torts to Land | | | 690 Other | FEDERAL TAX SUITS |
| 900 Appeal of Fee Determina- tion Under Equal Access to Justice | 245 Tort Product Liability | | | | 870 Taxes (U.S. Plaintiff or Defendant) |
| 950 Constitutionality of State Statutes | 290 All Other Real Property | | | | 871 IRS - Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?  **X** No  Yes
If yes, list case number(s):

_____

**FOR OFFICE USE ONLY:**   Case Number: _____

CV-71 (07/05)                    CIVIL COVER SHEET                    Page 1 of 2
CCD-JS44

09 CV 00451

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?   **X** No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)      A. Arise from the same or closely related transactions, happenings, or events; or

B. Call for determination of the same or substantially related or similar questions of law and fact; or

C. For other reasons would entail substantial duplication of labor if heard by different judges; or

D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above
  in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides   (Use an additional sheet if necessary)

☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

LOS ANGELES

List the California County, or State if other than California, in which **EACH** named defendant resides.   (Use an additional sheet if necessary).

☐ Check here if the U.S. government, its agencies or employees is a named defendant.

LOS ANGELES

List the California County, or State if other than California, in which **EACH** claim arose.   (Use an additional sheet if necessary)

**Note:** In land condemnation cases, use the location of the tract of land involved.

LOS ANGELES

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date 1/20/09

Craig J. Miller, Deputy City Atty.

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**PROOF OF SERVICE**
**(Via Various Methods)**

I, RUTH PARKHURST,  declare as follows:

I am over the age of 18 years, and not a party to this action.  My business address is 200 North Main Street, 600  City Hall East, Los Angeles, California, which is located in the county where the mailing described below took place.

On January 21, 2009, I served  the foregoing document described as

**CIVIL COVER SHEET**

on all interested parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Jilbert Tahmazian, Esq.
LAW OFFICES OF JILBERT TAHMAZIAN
1508 West Glenoaks Boulevard
Glendale, California 91201

**Attorneys for plaintiff**
BEDROS HAJIAN
PH: (818) 242-8201
FX: (818) 242-8246

[    ] BY PERSONAL SERVICE - (    ) I delivered by hand, or ( xx ) I delivered by via messenger service, such envelope(s) to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

[    ] BY FACSIMILE TRANSMISSION TO:
I transmitted to the offices of the addressee via facsimile machine, prior to 5:00 p.m. on the date specified above.  The facsimile machine I used was in compliance with Rule 2003(3) and the transmission was reported as complete without error.  Pursuant to Rule 2008(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

[ **XX** ] BY MAIL - I deposited said envelope(s) in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on January 21, 2009,  at Los Angeles, California.

RUTH PARKHURST