1  CARMEN A. TRUTANICH, City Attorney (SBN 86629x)
   GARY G. GEUSS, Chief Senior Assistant City Attorney (SBN 128022)
2  CORY M. BRENTE, Assistant City Attorney
   SUREKHA A. PESSIS, Deputy City Attorney (SBN 193206)
3  200 North Main Street, 6th Floor, City Hall East
   Los Angeles, CA 90012
4  Phone No: (213) 978-7036; Fax No: (213) 978-8785
   E-mail: Surekha.Pessis@lacity.org
5
6  *Attorneys for Defendants* **LOS ANGELES POLICE DEPARTMENT and LUIS TOPETE**

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | BEDROS HAJIAN                              ) CASE NO. **CV09-00451 DDP (RZx)**

12 |                                            )
                       Plaintiff,               ) **NOTICE OF INTRA-OFFICE**
13 |                                            ) **SUBSTITUTION OF ATTORNEY**

14 |     v.                                     )
                                                ) Judge:     Hon. Dean D. Pregerson
15 |                                            )
   LOS ANGELES POLICE DEPARTMENT,               ) Magistrate: Hon. Ralph Zarefsky
16 | LUIS TOPETE, an individual; and DOES 1     )
   through 50, Inclusive,                      )
17 |                                            )
18 |                   Defendants.              )

19 _____

20

21 **TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF**

22 **RECORD THEREIN:**

23      NOTICE IS HEREBY GIVEN that Defendants **LOS ANGELES POLICE**

24 **DEPARTMENT and LUIS TOPETE**, make the following intra-office substitution of

25 assigned attorney.

26 ///

27 ///

28 ///

                                        1

Case 2:09-cv-00451-DDP-RZ Document 11 Filed 03/01/10 Page 2 of 3

City Attorney Surekha A. Pessis is substituted as the lead attorney for this action. Please direct all notices, briefs, and correspondence as follows:

> SUREKHA A. PESSIS, Deputy City Attorney
> 200 North Main Street, 6th Floor, City Hall East
> Los Angeles, CA 90012
> Phone No. (213) 978-7036
> Facsimile No. (213) 978-8785
> E-mail: Surekha.Pessis@lacity.org

DATED: March 1, 2010

CARMEN A. TRUTANICH, City Attorney
GARY G. GEUSS, Chief Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney

By: _____
SUREKHA A. PESSIS, Deputy City Attorney

*Attorneys for Defendants* **LOS ANGELES POLICE DEPARTMENT and LUIS TOPETE**

## PROOF OF SERVICE

I, MARGARIT AVESYAN, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 600 City Hall East, Los Angeles, CA 90012, which is the County, City and State where this mailing occurred.

On March 1, 2010 I served the document(s) described as:

**NOTICE OF INTRA-OFFICE SUBSTITUTION OF ATTORNEY**

on all interested parties in this action:

**Attorney for Plaintiff**

Jilbert Tahmazian, Esq.
LAW OFFICES OF JILBERT TAHMAZIAN
1508 West Glenoaks Boulevard
Glendale, California 91201
(818) 242-8201 & (818) 242-8246 Fax

I served a true copy of the document(s) above by:

[ ] Personally delivering it to the person(s) indicated below in the manner provided in FRCivP 5(b).

[ ] Depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the address(es) above.

Executed on March 1, 2010, at Los Angeles, California.

[ ] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
MARGARIT AVESYAN