JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDROS HAJIAN<br><br>               Plaintiff,<br><br>  v.<br><br>LOS ANGELES POLICE DEPARTMENT, LUIS TOPETE, an individual; and DOES 1 through 50, Inclusive,<br><br>               Defendants. | CASE NO. **CV09-00451 DDP (RZx)**<br><br>**ORDER DISMISSING DEFENDANT LOS ANGELES POLICE DEPARTMENT WITH PREJUDICE**<br><br>**[Filed concurrently with Stipulation For Dismissal of Defendant Los Angeles Police Department]** |

    GOOD CAUSE appearing therefore,

    IT IS HEREBY ORDERED that the above-captioned action against Defendant **LOS ANGELES POLICE DEPARTMENT** is dismissed, with prejudice.

DATED: August 6, 2010

*[signature]*
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1